UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **SYLVESTER GRIFFIN** | **CRIMINAL NO. 06-1589** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JPMORGAN CHASE & CO., ET AL.** | **MAG. JUDGE MARK L. HORNSBY** |

**MEMORANDUM ORDER**

Defendants JPMorgan Chase & Co.; Drew C. Detraz; Charlotte Ray; Bank One Trust Co., N.A.; and JPMorgan Chase Bank, N.A (collectively "Chase") have filed an Appeal of Magistrate's Memorandum Order (the "Appeal") [Doc. No. 66] and a Supplemental Memorandum [Doc. No. 67] supporting the appeal.  In its Appeal and Supplemental Memorandum, Chase argues that Magistrate Judge Hornsby's Memorandum Order [Doc. No. 62] requires Chase to produce irrelevant sections of Chase's Personal Trust Policy Manual ("Trust Manual") to Plaintiff.

Because Chase is appealing Magistrate Judge Hornsby's Order on a non-dispositive pre-trial matter, this Court reviews his decision under a clearly erroneous or contrary to law standard.  See Fed. R. Civ. P. 72(a); see also 28 U.S.C. § 636(b)(1) (A) ("A judge of the court may reconsider any [nondispositive] pretrial matter . . .  where it has been shown that the magistrate's order is clearly erroneous or contrary to law."); Castillo v. Frank, 70 F.3d 382, 385 (5th Cir. 1995).

The issue, therefore, is whether Magistrate Judge Hornsby clearly erred when he concluded that the disputed sections of the manual are relevant to the case.  Having conducted a

review of the entire record, the Court finds that, under the facts and circumstances of this case, Magistrate Judge Hornsby's order was neither clearly erroneous nor contrary to law.

IT IS HEREBY ORDERED that Magistrate Judge Hornsby's Memorandum Order [Doc. No. 62] is AFFIRMED, and Griffin's appeal [Doc. No. 66] is DENIED. Chase is ordered to produce the sections of the Trust Manual to Plaintiff immediately.

MONROE, LOUISIANA this 15th day of April, 2008.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE