RECEIVED
IN MONROE, LA
OCT 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| SYLVESTER GRIFFIN | CIVIL ACTION NO. 06-1589 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JPMORGAN CHASE & CO., ET AL | MAG. JUDGE MARK L. HORNSBY |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 88], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED that Plaintiff Sylvester Griffin's Motion for Declaratory Judgment by Summary Proceeding [Doc. No. 78] is DENIED.

MONROE, LOUISIANA, this 8 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE