

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| SYLVESTER GRIFFIN | CIVIL ACTION NO. 06-1589 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JPMORGAN CHASE & CO., ET AL. | MAG. JUDGE MARK L. HORNSBY |

## ORDER

On July 14, 2009, the Court temporarily suspended Erika Thomas Hyde for *inter alia* failing to respond to the Court's June 29, 2009 show cause order within the time limits prescribed. [Doc. No. 173]. For the following reasons, that Order is VACATED.

On June 29, 2009, the Court ordered Ms. Hyde to show cause in writing within ten business days why she should not be sanctioned. [Doc. No. 170]. The Court failed to notice that July 3, 2009, was a legal holiday observed for Independence Day. *Cf.* FED. R. CIV. P. 6(a). **Accordingly, Ms. Hyde has until the end of today, July 14, 2009, to comply with the Court's show cause order.** If Ms. Hyde fails to comply, the Court will reissue its suspension order.

MONROE, LOUISIANA, this 14th day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE