# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| SYLVESTER GRIFFIN | CIVIL ACTION NO. 06-1589 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JPMORGAN CHASE & CO., ET AL. | MAG. JUDGE MARK L. HORNSBY |

## ORDER

On June 29, 2009, the Court ordered Erika Thomas Hyde, counsel for Sylvester Griffin, to show cause in writing why she should not be sanctioned for failing to (1) timely file proposed findings of fact and conclusions of law, (2) appear at the June 29, 2009 bench trial, and (3) determine the status of her motion to continue. [Doc. No. 170].

As of the date of this Order, Ms. Hyde has failed to respond to the Court's show cause order within the time limits prescribed.

Local Rule 83.2.10W(A)(1) provides in pertinent part that "[a]ny judge of this Court may initiate disciplinary proceedings, including fine, suspension or disbarment. The judge may take action directly under some circumstances or, when appropriate, by submitting the matter to a Special Master, a United States Magistrate Judge or the Chief Judge of this court for a hearing." LR 83.2.10W(A)(1). In addition, Local Rule 83.2.10W(C) provides in pertinent part that

> [a]ny judge of this Court may, pursuant to the inherent powers of the Court, the Federal Rules or the United States Code, fine or temporarily suspend for a period not to exceed ninety (90) days, for good cause shown, any member of the bar of this Court without regard to any of the formalities set forth in Local Rule 83.2.10W(A).

LR 83.2.10W(C).

As set forth more fully in the Court's June 29, 2009 show cause order, Ms. Hyde's actions have inconvenienced the Court and the parties. Ms. Hyde's recent failure to respond to the show

cause order evinces a cavalier disregard of the Court's orders and a lack of respect for the judicial process. Accordingly,

IT IS HEREBY ORDERED that Erika Thomas Hyde, Louisiana Bar Roll Number 29734, is SUSPENDED from practice in any case pending in the Western District of Louisiana for a period of sixty (60) days.[1]

IT IS FURTHER ORDERED that the Clerk of Court mail to Sylvester Griffin a copy of this Order and the Court's show cause order [Doc. No. 170] to Post Office Box 2765, Jackson, Mississippi 39207, certified mail, return receipt requested.

MONROE, LOUISIANA, this 16th day of July, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE

---

[1] The Court's records reflect that Ms. Hyde is counsel of record in one other case pending in the Western District of Louisiana, Case No. 09-0599.